IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SEAN WILLIAMS | : | |
| | : | CIVIL ACTION |
| VS. | : | |
| | : | NO: 21-2571 |
| CW TRANSPORT, LLC, et al | : | |

## ORDER

**AND NOW,** on this **14th** day of **June, 2021,** it is hereby **ORDERED** the Stipulation of Counsel regarding the Transfer of Venue to the Middle District of Pennsylvania (ECF #5) is **APPROVED.** The Clerk of Court shall **TRANSFER** the above-captioned matter to the Middle District of Pennsylvania forthwith.

**IT IS SO ORDERED.**

*Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**